IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES BUECHLER, | * |
| Plaintiff, | * Case No. 12-cv-465 |
| v. | * Filed Electronically |
| BEACH BREAK, INC. | * JURY TRIAL DEMANDED |
| and DOES 1-10, inclusive, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT, EMPIRE ATM, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff, James T. Buechler voluntarily dismisses without prejudice his claims against EMPIRE ATM, LLC only.

Dated: May 3, 2012         Respectfully Submitted,

                                                        /s/ E. David Hoskins
                                     E. David Hoskins, Bar No. 06705
                                     THE LAW OFFICES OF E. DAVID HOSKINS, LLC
                                     Quadrangle Building at Cross Keys
                                     2 Hamill Road, Ste. 362
                                     Baltimore, Maryland 21210
                                     (410) 662-6500 (Tel.)
                                     (410) 662-7800 (Fax)
                                     dhoskins@hoskinslaw.com
                                     Attorney for James T. Buechler

APPROVED THIS __7th__ DAY OF __May__ 2012
*Benson Everett Legg*
BENSON EVERETT LEGG, U.S.D.J.

1

