IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES BUECHLER
    Plaintiff(s)         *

vs.                              *       **Civil Case No.:** GLR-12-465

BEACH BREAK, INC.                *
    Defendant(s)
                               *
******

## JUDGMENT

JUDGMENT is hereby entered in favor of Plaintiff James Buechler and against Defendant Beach Break, Inc. in the amount of $1000.00, plus taxable costs of $350.00.

FELICIA C. CANNON, CLERK

January 18, 2013                              By: _____
Date